1  Christopher Campanella
2  309 Phillips Road
3  Valley Falls NY 12185

4           UNITED STATES DISTRICT COURT
5           NORTHERN DISCTRIC OF NEW YORK
6

| Christopher Campanella | Case # 10-CV-0685-LEK-DRH |
|---|---|
| Plaintiff, | |
| | PETITION FOR NO ANSWER DEFAULT |
| vs. | |
| AURORA LOAN SERVICING | Date: _____ |
| Defendant | |

7

8                           **PARTIES**
9              <u>PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT</u>

10   Plaintiff asks the court clerk to enter a default against defendant, as authorized by Federal
11   Rule of Civil Procedure 55.

12                         <u>A. Introduction</u>

13   1.   Plaintiff is: Christopher Campanella, 309 Phillips Road Valley Falls NY 12185, and
14   defendant is: AURORA LOAN SERVICING.

15   2.   On June 11, 2010 plaintiff sued defendant for breach of fiduciary duty, fraud, fraud by
16   nondisclosure, and violations of various consumer protection laws.

17   3.   On June 11th, plaintiff filed with the court an ORIGINAL COMPLAINT. On June 21,
18   2010 defendant was served with a summons and a copy of plaintiff's complaint by and through
19   the United States Marshal Service. A copy of the return of service is attached as Exhibit A.
20   Defendant did not file a responsive pleading or otherwise defend the suit.

21   4.   Plaintiff is entitled to entry of default.

22                                B. Argument

23    5.  The court clerk may enter a default against a party who has not filed a responsive
24 pleading or otherwise defended the suit. Fed. R. Civ. P. 55(a); see *United States v. $23,000 in*
25 *U.S. Currency*, 356 F.3d 157, 163 (1st Cir. 2004); *N.Y. Life Ins. Co. v. Brown*, 84 F.3d 137, 141
26 (5th Cir. 1996); *United States v. 51 Pieces of Real Prop. Roswell, N.M.*, 17 F.3d 1306, 1314
27 (10th Cir. 1994).

28    6.  The clerk should enter a default against defendant because defendant did not file an
29 answer within 20 days after 6/21/10, the date of service. Fed. R. Civ. P. 12(a)(1)(A)(i).

30    7.  Plaintiff meets the procedural requirements for obtaining an entry of default from the
31 clerk as demonstrated by United States Marshal R. Clarke's sworn affidavit, attached as Exhibit
32 A. Said affidavit establishes by sworn testimony of Plaintiff that Defendant failed to answer or
33 otherwise defend the instant action within the 20 day time period allowed by law.

34    8.  Defendant is not a minor or an incompetent person. See Fed. R. Civ. P. 55(b)(1).

35    9.  Defendant is not in military service. See 50 U.S.C. app. §521(b)(2). An affidavit of
36 defendant's military status is attached as Exhibit A.

37    10. Because defendant did not file a responsive pleading or otherwise defend the suit,
38 defendant is not entitled to notice of entry of default. *Haw. Carpenters' Trust Funds v. Stone*,
39 794 F.2d 508, 512 (9th Cir. 1986); see Fed. R. Civ. P. 55(a).

40                                C. Conclusion

41    11. Plaintiff filed a suit against defendant in the court on the 11th day of June, 2010.
42 Defendant failed to timely answer or otherwise defend said action and, thereby, Plaintiff is
43 entitled to judgment against defendant is all things requested by Plaintiff in the suit. For these
44 reasons, plaintiff asks the clerk to enter a default in favor of plaintiff.

45 **Respectfully Submitted,**
46
47 *[signature]*
48 Christopher Campanella
49

## VERIFICATION

I, Christopher Campanella, do swear and affirm that all statements made herein are true and accurate, in all respects, to the best of my knowledge.

Christopher Campanella
309 Phillips Road
Valley Falls NY 12185

SWORN TO AND SUBSCRIBED BEFORE ME, a Notary Public by **Christopher Campanella,** on the _19th_ day of _July_, 2010, which witnesses my hand and seal of office.

_____
NOTARY PUBLIC IN AND FOR
THE STATE OF NEW YORK

DAWN E. BELL
Notary Public, State of New York
No. 4968624
Qualified in Rensselaer County
Commission Expires July 2, 20_14_

PETITION FOR NO ANSWER DEFAULT                    3 of 3

| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form. |
|---|---|

| PLAINTIFF<br>Christopher Campanella | COURT CASE NUMBER<br>1:10-cv-685 |
|---|---|
| DEFENDANT<br>Aurora Loan Servicing | TYPE OF PROCESS |

SERVE → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Aurora Loan Servicing

AT ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
2617 College Park   Scotsbluff, NE 69361

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Christopher Campanella
309 Phillips Rd
Valley Falls, NY 12185

Number of process to be served with this Form - 285:
Number of parties to be served in this case:
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
JUN 25 2010
AT___ O'CLOCK
Lawrence K. Baerman, Clerk - Syracuse

Signature of Attorney or other Originator requesting service on behalf of:
[illegible], deputy clerk
☐ PLAINTIFF
☐ DEFENDANT
TELEPHONE NUMBER      DATE
                       6/17/10

SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process<br>1 | District of Origin<br>No. 52 | District to Serve<br>No. | Signature of Authorized USMS Deputy or Clerk<br>JP | Date<br>6/17/10 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

Address (complete only if different than shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service: 6/21/10   Time: ___ am/pm

Signature of U.S. Marshal or Deputy
R Clarke

| Service Fee<br>8.00 | Total Mileage Charges<br>(including endeavors) | Forwarding Fee | Total Charges<br>8.00 | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|

REMARKS:
Service via Cert. Mail  6/17/10
299 form Rec'd 6/25/10

1 Christopher Campanella
2 309 Phillips Road
3 Valley Falls NY 12185

4       UNITED STATES DISTRICT COURT
5       NORTHERN DISTRICT OF NEW YORK

| Christopher Campanella | Case # 10-CV-0685-LEK-DRH |
|---|---|
| Plaintiff, | |
| vs. | ORDER ON NO |
| AURORA LOAN SERVICING | ANSWER DEFAULT |
| Defendant | |
| | Date: _____ |

6

7                **ORDER ON ENTRY OF DEFAULT**

8    After considering plaintiff's request for entry of default against defendant, proof of service,
9 the affidavits, and other evidence on file, the clerk

10    _____ DENIES the request.

11    _____ FINDS that the record supports entry of default and ORDERS the clerk to enter
12 default.

13  SIGNED on _____, 2010__.

14
15                                 _____
                                    CLERK, U.S. DISTRICT COURT

16  APPROVED & ENTRY REQUESTED:
17  _____
18  {Name of attorney submitting order}


ORDER ON NO ANSWER DEFAULT                                           1 of 1

Greetings,

Attached are Petition for No Answer Default and Oder for Case number 10-CV-0684-LEK-DRH

And

Petition for No Answer Default and Oder for Case number 10-CV-0685-LEK-DRH for the clerks signature and submission into each of the court cases.

On previous cases, the orders I used were discarded, and are only being offered with due diligence, as a pro se not wanting to cause any prolonged issue with the court. If you desire to send a copy, or a response, please send to

Chris Campanella

309 Phillips Rd

Valley Falls NY 12185

If you do not need to send me a copy, I will retrieve the response from PACER.

Thank you for your time and attention

Regards,

Christopher Campanella