Christopher Campanella
309 Phillips Road
Valley Falls NY 12185

U.S. DISTRICT COURT
N.D. OF N.Y.
FILED
AUG 3 - 2010
LAWRENCE K. BAERMAN, CLERK
ALBANY

UNITED STATES DISTRICT COURT

NORTHERN DISCTRIC OF NEW YORK

**Christopher Campanella**

Plaintiff,

vs.

**AURORA LOAN SERVICING**

Defendant

Case # 10-CV-0685-LEK-DRH

**REQUEST TO PROCEEDE ELECTRONICALLY**

Date: 8/30/10

Plaintiff is Pro Se. and no longer Drives. Plaintiff has access to necessary equipment to file any and all responses electronically, and requests that this court provide access to such system.

Plaintiff lives approximately an hour from the court house and getting to the location in a timely manner has been difficult, and will continue to cause an undue burden.

Plaintiff agrees to read and adhere to the rules of electronic procedure, as it is made available to him. It is also understood that agreement to proceed electronically is not a blanket agreement, rather he must request permission for each individual case.

**Respectfully Submitted,**

*[signature]*

**Christopher Campanella**